JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH R. FRANCIS, | ) CASE NO. CV 09-04942 MMM (Ex) |
| Movant, | ) |
| vs. | ) |
| UNITED STATES OF AMERICA, | ) JUDGMENT FOR PETITIONER |
| Respondent. | ) |

On July 9, 2009, petitioner filed a motion for return of property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. On July 22, 2009, the United States filed a notice of non-opposition. On July 31, the court issued an order granting the motion. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That the United States shall permit petitioner to access and copy the materials seized during the September, 2005 search of the offices of Mantra Films, Inc.

DATED: July 31, 2009

_____
MARGARET M. MORROW

UNITED STATES DISTRICT JUDGE